**FILED**
JAMES J. VILT, JR. - CLERK

NOV 2 0 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:22-CV-469-CHL

**CHARLES A. WHAYNE,**                                                         Plaintiff,

v.

**DHIA AL-TAMIMI,**                                                             Defendant.

### VERDICT FORM NO. 1: EIGHTH AMENDMENT
### EXCESSIVE FORCE UNDER 42 U.S.C. § 1983

**We, the Jury**, are satisfied from the evidence that Defendant Dhia Al-Tamimi used excessive force against Plaintiff Charles Whayne:

    ✓ YES         _____ NO

[Redacted]
FOREPERSON'S SIGNATURE

204
FOREPERSON'S JUROR NUMBER

11/20/2025
DATE

If you answered YES to Verdict Form No. 1, please proceed to Verdict Form No. 2.

If you answered NO to Verdict Form No. 1, please proceed to Verdict Form No. 4.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:22-CV-469-CHL

CHARLES A. WHAYNE,                                              Plaintiff,

v.

DHIA AL-TAMIMI,                                                  Defendant.

### VERDICT FORM NO. 2: COMPENSATORY DAMAGES FOR EXCESSIVE FORCE

**We, the Jury**, are satisfied from the evidence that Plaintiff Charles Whayne suffered damages as a result of Defendant Dhia Al-Tamimi's excessive force:

__✓__ YES       _____ NO

If yes, please state the amount of damages caused by Defendant Dhia Al-Tamimi's actions:

$ ~~15,060~~  5,000 KSM

The amount of damages you award on this Verdict Form and the amount of damages you award, if any, on Verdict Form No. 5 cannot exceed $200,000 when combined.

[Redacted]

__204__
FOREPERSON'S JUROR NUMBER

__11/20/2025__
DATE

If you answered YES to Verdict Form No. 2, please proceed to Verdict Form No. 4.

If you answered NO to Verdict Form No. 2, please proceed to Verdict Form No. 3.

If you answer NO to Verdict Form No. 1, please leave this page blank.

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:22-CV-469-CHL

**CHARLES A. WHAYNE,**                                                                **Plaintiff,**

v.

**DHIA AL-TAMIMI,**                                                                  **Defendant.**

## VERDICT FORM NO. 4: BATTERY

**We, the Jury**, are satisfied from the evidence that Defendant Dhia Al-Tamimi committed battery against Plaintiff Charles Whayne and that Defendant Dhia Al-Tamimi used more force than was necessary or appeared to him in the exercise of reasonable judgment to be necessary in order to maintain or restore security and order:

      ✓ YES        \_\_\_\_\_ NO

_Redacted_
FOREPERSON'S SIGNATURE

204
FOREPERSON'S JUROR NUMBER

11/20/2025
DATE

If you answered YES to Verdict Form No. 4, please proceed to Verdict Form No. 5.

If you answered NO to Verdict Form No. 4 and YES to Verdict Form No. 1, please proceed to Verdict Form No. 6.

If you answer NO to Verdict Form No. 4 and Verdict Form No. 1, please notify the Court Security Officer that your deliberations are at an end.

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:22-CV-469-CHL

CHARLES A. WHAYNE,                                                          Plaintiff,

v.

DHIA AL-TAMIMI,                                                             Defendant.

### VERDICT FORM NO. 5: COMPENSATORY DAMAGES FOR BATTERY

**We, the Jury**, are satisfied from the evidence that Plaintiff Charles Whayne suffered damages as a result of Defendant Dhia Al-Tamimi's battery:

            ✓   YES                    _____ NO

If yes, please state the amount of damages caused by Defendant Dhia Al-Tamimi's actions:

$ 10,000

The amount of damages you award on this Verdict Form and the amount of damages you awarded, if any, on Verdict Form No. 2 cannot exceed $200,000 when combined.

[Redacted]
FOREPERSON'S SIGNATURE

204
FOREPERSON'S JUROR NUMBER

11/20/2025
DATE

Please proceed to Verdict Form No. 6.

If you answered NO to Verdict Form No. 4, please leave this page blank.

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:22-CV-469-CHL

**CHARLES A. WHAYNE,**                                                                 **Plaintiff,**

v.

**DHIA AL-TAMIMI,**                                                                     **Defendant.**

### VERDICT FORM NO. 6: PUNITIVE DAMAGES

**We, the Jury**, are satisfied from the evidence that Defendant Dhia Al-Tamimi acted in reckless disregard for the lives, safety or property of others, including Plaintiff Charles Whayne:

____✓____ YES          _____ NO

If yes, please state the amount of damages you believed Defendant Dhia Al-Tamimi should be required to pay for his conduct:

$ __20,000_____ (not to exceed $250,000.00)

**[Redacted]**
FOREPERSON'S SIGNATURE

__204_____
FOREPERSON'S JUROR NUMBER

__11/20/2025_____
DATE

Please notify the Court Security Officer that your deliberations are at an end.

6